Luella F. Root (Substituted for Nora O. Van Desalice, Executrix of Estate of Walter J. Van Desalice, Deceased), Appellant, v. Daniel S. Wentworth, Appellee.

Gen. No. 40,899. (Abstract of Decision.)

Heard in third division, first district, this court at October term, 1939; opinion filed May 22, 1940.

Opinion by PRESIDING JUSTICE DENIS E. SULLIVAN. ''Not to be published in full.''